**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

SANDRA F. McCRAY,

**Plaintiff,**

**v.**                                                    **Civil No. 04-686-AA**

JO ANNE B. BARNHART,
Commissioner of Social Security,

**Defendant.**

————————————————————————

# ORDER

Based upon a stipulation of the parties,

IT IS ORDERED attorney fees in the amount of $5,954.09 is awarded plaintiff and her

attorneys pursuant to the Equal Access to Justice Act, 28 U.S. C. § 2412.

Dated: July __27__, 2005.

_____ **/s/ Ann Aiken** _____
**United States District Judge**